AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

Romeo Chicco, individually and on behalf of others similarly situated

*Plaintiff(s)*

v.

General Motors LLC, OnStar LLC, LexisNexis Risk Solutions Inc.

*Defendant(s)*

Civil Action No. 9:24-cv-80281-DMM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  General Motors LLC
Registered Agent- Corporation Service Company
1201 Hays Street
Tallahassee, FL 32301-2525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ryan L. McBride
Florida State Bar No. 1010101
Kazerouni Law Group, APC
2221 Camino Del Rio S., #101 San Diego, CA 92108
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
ryan@kazlg.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Mar 13, 2024

Angela E. Noble
Clerk of Court

SUMMONS

s/ N adhege Augustin
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Romeo Chicco, individually and on behalf of others similarly situated<br><br>*Plaintiff(s)*<br>v.<br>General Motors LLC, OnStar LLC, LexisNexis Risk Solutions Inc.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 9:24-cv-80281-DMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* OnStar LLC
Registered Agent- Corporation Service Company
1201 Hays Street
Tallahassee, FL 32301-2525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ryan L. McBride
Florida State Bar No. 1010101
Kazerouni Law Group, APC
2221 Camino Del Rio S., #101 San Diego, CA 92108
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
ryan@kazlg.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Mar 13, 2024

Angela E. Noble
Clerk of Court

SUMMONS

*s/ Nadhege Augustin*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

Romeo Chicco, individually and on behalf of others similarly situated

*Plaintiff(s)*

v.

General Motors LLC, OnStar LLC, LexisNexis Risk Solutions Inc.

*Defendant(s)*

Civil Action No. 9:24-cv-80281-DMM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  LexisNexis Risk Solutions Inc.
Registered Agent- CT Corporation System
1200 South Pine Island Road
Plantation FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ryan L. McBride
Florida State Bar No. 1010101
Kazerouni Law Group, APC
2221 Camino Del Rio S., #101 San Diego, CA 92108
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
ryan@kazlg.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS

Date: Mar 13, 2024

*s/ Nadhege Augustin*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court