# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **Romeo Chicco, individually and on behalf of others similarly situated,** | Case No.: 9:24-cv-80281 |
| Plaintiff, | **AFFIDAVIT OF SERVICE** |
| v. | |
| **General Motors LLC, OnStar LLC, LexisNexis Risk Solutions Inc.** | |
| Defendant. | |

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| **Romeo Chicco, individually and on behalf of others similarly situated** <br><br> *Plaintiff* <br><br> v. <br><br> **General Motors LLC, OnStar LLC, LexisNexis Risk Solutions Inc.** <br><br> *Defendant* | Civil Action No. 9:24-cv-80281-DMM |

## AFFIDAVIT OF SERVICE

I, J Lee Vause, Jr., being duly sworn, state:

I am 18 years or older and not a party to this action. I am a certified or appointed process server in the county in which this defendant or witness was served.

I received the following documents on March 14, 2024, at 3:08 pm. I served these documents with my initials, identification number, and the date and hour of service endorsed thereon to OnStar LLC in Leon County, FL on March 15, 2024 at 1:34 pm at 1201 Hays Street, Tallahassee, FL 32301 by leaving the following documents with Sebrena Randolph who as Authorized to accept service at Corporation Service Company is authorized by appointment or by law to receive service of process for OnStar LLC.

Summons
Cover Sheet
Complaint

Additional Description:
LIMITED LIABILITY COMPANY SERVICE: I served and explained the contents to an employee of the registered agent company pursuant to F.S. 48.062(1)

Black or African American Female, est. age 55-64, glasses: Y, Black hair, 160 lbs to 180 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=30.4425245,-84.2626717
Photograph: See Exhibit 1

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, have no interest in the above action, and am a Certified/Appointed/Specially Appointed Process Server in good standing in the county in which service was made. Notary not required pursuant to F.S. § 92.525

/s/ *J Lee Vause, Jr.*

Executed in

   Leon County   ,

  FL   on   3/15/2024  .

Signature
J Lee Vause, Jr.
081
+1 (850) 510-2797
221 W Park Ave, Tallahassee, FL 32302

