# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **Romeo Chicco, individually and on behalf of others similarly situated,** | Case No.: 9:24-cv-80281 |
| Plaintiff, | **AFFIDAVIT OF SERVICE** |
| v. | |
| **General Motors LLC, OnStar LLC, LexisNexis Risk Solutions Inc.** | |
| Defendant. | |

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | |
|---|---|
| **Romeo Chicco, individually and on behalf of others similarly situated** ) <br> ) <br> *Plaintiff* ) <br> ) <br> v. ) <br> ) <br> ) <br> **General Motors LLC, OnStar LLC, LexisNexis Risk Solutions Inc.** ) <br> ) <br> *Defendant* | Civil Action No. 9:24-cv-80281-XXXX |

## AFFIDAVIT OF SERVICE

I, Kelly Marsh, being duly sworn, state:

I am 18 years or older and not a party to this action. I am a certified or appointed process server in the county in which this defendant or witness was served.

I received the following documents on March 14, 2024, at 12:17 pm. I served these documents with my initials, identification number, and the date and hour of service endorsed thereon to LexisNexis Risk Solutions Inc. in Broward County, FL on March 14, 2024 at 2:59 pm at 1200 South Pine Island Road, Plantation, FL 33324 by leaving the following documents with Jasmine Gary who as Intake Specialist at C T Corporation System is authorized by appointment or by law to receive service of process for LexisNexis Risk Solutions Inc.

Summons
Cover Sheet
Complaint

Additional Description:
CORPORATE SERVICE: I served and explained the contents to an employee of the registered agent company pursuant to F.S. 48.081(3)(a)

Served Registered Agent Company C T Corporation Systems. Intake Specialist Jasmine Gary, individual authorized to accept service documents accepted service. Date, Time, Initials and Identification Number written on top right of documents when served.

Black or African American Female, est. age 25-34, glasses: N, Black hair, 140 lbs to 160 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=26.1063015,-80.2612333
Photograph: See Exhibit 1

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, have no interest in the above action, and am a Certified/Appointed/Specially Appointed Process Server in good standing in the county in which service was made. Notary not required pursuant to F.S. § 92.525

Executed in
    Palm Beach County                  ,
    FL      on    3/15/2024          .

/s/ Kelly Marsh
Signature
Kelly Marsh
SPS 1740
+1 (585) 773-8447
1200 s pine island road, Plantation, FL 33324

