**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 9:24-cv-80281-DMM**

| | |
|---|---|
| ROMEO CHICCO, individually and on behalf of others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>GENERAL MOTORS LLC, ONSTAR LLC, LEXISNEXIS RISK SOLUTIONS INC.<br><br>      Defendants. | Class Action Complaint |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Ross E. Linzer, Esq. of King & Spalding LLP, Southeast Financial Center, 200 S. Biscayne Boulevard, Suite 4700, Miami, FL 33131, Telephone: (305) 462-6000, rlinzer@kslaw.com, files this Notice of Appearance as counsel for Defendants General Motors LLC and OnStar LLC, and requests that copies of all pleadings, orders, etc. be served upon him at the address set forth above.

Dated:  April 1, 2024

Respectfully submitted,

**KING & SPALDING LLP**
Southeast Financial Center
200 S. Biscayne Boulevard, Suite 4700
Miami, FL  33131
Telephone:  (305) 462-6000
Facsimile:  (305) 462-6100

By:  */s/ Ross E. Linzer*
Ross E. Linzer
Florida Bar No.:  0073094
E-mail: rlinzer@kslaw.com
E-Mail: miamilit@kslaw.com

*Counsel for Defendants General Motors LLC and OnStar LLC*