UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:24-cv-80281-DMM

| | |
|---|---|
| ROMEO CHICCO, individually and on behalf of others similarly situated, | |
| Plaintiff, | |
| v. | Class Action Complaint |
| GENERAL MOTORS LLC, ONSTAR LLC, LEXISNEXIS RISK SOLUTIONS INC. | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING CONSENT MOTION FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendants General Motors LLC ("GM") and OnStar LLC ("OnStar"), by and through their counsel, filed a Consent Motion for Extension of Time to Respond to Plaintiff's Complaint. Having considered the Motion, and for good cause shown and by agreement of counsel, it is hereby ORDERED that the Consent Motion for Extension of Time to Respond to Plaintiff's Complaint be, and hereby is, GRANTED.

It is further ORDERED that GM and OnStar shall be GRANTED an extension of time until May 6, 2024 to respond to Plaintiff's Complaint.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this _____ day of April, 2024.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record