IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case Number: 9:24-cv-80281-DMM

| | |
|---|---|
| Romeo Chico, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>General Motors LLC, OnStar LLC, LexisNexis Risk Solutions, Inc.,<br><br>    Defendants. | Class Action Complaint |

## [PROPOSED] ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

THIS CAUSE is before the Court on Defendant LexisNexis Risk Solutions Inc.'s Consent Motion for Extension of Time to Respond to Plaintiff's Complaint. Having considered the Motion, and for good cause shown and by agreement of counsel, it is hereby ORDERED that the Consent Motion for Extension of Time to Respond to Plaintiff's Complaint be, and hereby is, GRANTED.

It is further ORDERED that that Defendant LexisNexis Risk Solutions Inc. shall have up to and including May 6, 2024 to respond to Plaintiff's Complaint.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida this ___ day of April, 2024.

_____
**DONALD M. MIDDLEBROOKS**
**UNITED STATES DISTRICT JUDGE**