# Exhibit 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 9:24-cv-80281-DMM**

| | |
|---|---|
| ROMEO CHICCO, individually and on behalf of others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br><br> GENERAL MOTORS LLC, ONSTAR LLC, LEXISNEXIS RISK SOLUTIONS INC., <br><br> Defendants. | Class Action Complaint |

**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED**
**MOTION TO STAY PENDING JPML RULING**

Defendants General Motors LLC ("GM"), OnStar LLC ("OnStar"), and LexisNexis Risk Solutions Inc. (collectively, the "Defendants"), by and through their counsel, filed an Unopposed Motion to Stay Pending resolution of the motion for transfer and centralization under 28 U.S.C. § 1407 that is currently pending before the Judicial Panel on Multidistrict Litigation ("JPML"). Having considered the Motion, and for good cause shown and by agreement of all parties, it is hereby ORDERED that the Unopposed Motion to Stay Pending JPML Ruling be, and hereby is, GRANTED.

It is further ORDERED that all deadlines, including Defendants' deadline to respond to Plaintiff's Complaint and the commencement of any discovery in this matter, are STAYED pending ruling of the motion for transfer and centralization before the JPML.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this _____ day of April, 2024.

                                  DONALD M. MIDDLEBROOKS
                                  UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record