# Exhibit 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:24-cv-80281-DMM

ROMEO CHICCO, individually and on behalf of others similarly situated,

Plaintiff,

v.

GENERAL MOTORS LLC, ONSTAR, LLC, LEXISNEXIS RISK SOLUTIONS INC.

Defendants.

Class Action Complaint

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR RECONSIDERATION OR, IN THE ALTERNATIVE, TO MODIFY THE EXISTING TRIAL DATE**

Defendants General Motors LLC ("GM"), OnStar, LLC ("OnStar"), LexisNexis Risk Solutions Inc. ("LexisNexis") (collectively, the "Defendants"), and Plaintiff Romeo Chicco ("Plaintiff") (collectively, the "Parties"), by and through their undersigned counsel, filed a Joint Motion for Reconsideration ("Joint Motion") of this Court's Order denying Defendants' Unopposed Motion to Stay pending resolution of the motion for transfer and centralization under 28 U.S.C. § 1407 that is currently pending before the Judicial Panel on Multidistrict Litigation ("JPML") (Dkt. No. 19). The Parties request a stay of this case until June 30, 2024 in light of the proceedings before the JPML. Alternatively, the Parties request that the Court modify the existing trial date set forth in its Order issued on April 19, 2024 (Dkt. No. 20) so that they may have an additional six (6) months to conduct discovery and pretrial briefing, and they propose that this case be set for trial in May 2025.

1

Having considered the Motion, and for good cause shown and by agreement of all parties, it is hereby ORDERED that the Joint Motion is GRANTED. It is further ORDERED that all deadlines and the commencement of any discovery in this matter are STAYED until June 30, 2024.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this _____ day of May, 2024.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record